78-041-04

Ex Parte
Carlos J. Gomez
TDCJ No. 1423114

In the Court of
Criminal appeals
Austin, Texas 78711

No. WR-78,041-04.

Notice Regarding Request for Hearing.

Comes now Carlos J. Gomez Applicant, and respectfully filles his notice of Regarding Request for Hearing are hereby notified that on January 9, 2015 he filed a motion to suppress conclusion to dismiss applicant writ application, which was not notified to applicant, and is there limists up of the required that this honorable Court should be to give applican any answers filed, and to notify to applicant because as well is limists up of the under required and applicant received not yet none official notice.

Sincerely,

x _____

Carlos Gomez pro se.
Michael Unit
2664 FM 2054
Tenn Colony, TX 75886.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk